(Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Joseph B. Mayer, as receiver of the Bank of Staten Island, against National Bank of Commerce in New York. No opinion. Interlocutory judgment affirmed, with costs.

MEAD, Respondent, v. HAMMOND, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Josiah Mead against William K. Hammond, impleaded, with others. No opinion. Motion granted.

MEINELL, Respondent, v. MEINELL et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Giles G. Meinell against Mary L. Meinell and others. W. B. Ewing, for appellants. A. N. Hand, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MELI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by Antonio Meli, an infant, against the Metropolitan Street Railway Company. B. H. Ames, for appellant. M. Cukor, for respondent. No opinion. Judgment and order affirmed, with costs.

MENDELSSOHN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Herman E. Mendelssohn against the Metropolitan Street Railway Company. F. C. Avery, for appellant. B. H. Ames, for respondent. No opinion. Judgment affirmed, with costs.

MERCANTILE NAT. BANK OF NEW YORK, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the Mercantile National Bank of New York against Henry B. Sire. J. Canter, for appellant. A. S. Ridley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MERCANTILE NAT. BANK v. SIRE. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by the Mercantile National Bank against Henry B. Sire. No opinion. Motion denied, with $10 costs.

MERCANTILE NAT. BANK, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by the Mercantile National Bank against Henry B. Sire. F. Bien, for appellant. W. V. Rowe, for respondent. No opinion. Judgment affirmed, with costs.

MERKER, Respondent, v. BULTMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Mont C. Merker against Henry D. Bultman. B. N. Cardozo, for appellant. R. F. Rabe, for respondent. No opinion. Judgment and order affirmed, with costs.

MICHEL v. BETZ. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Leonhard Michel against John F. Betz. No opinion. Motion granted and questions certified, as stated in memorandum.

MICHIGAN SAVINGS BANK v. COY, HUNT & CO. SAME v. HUBBS. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Actions by the Michigan Savings Bank against Coy, Hunt & Co. and against Chas. H. Hubbs. No opinion. Exceptions overruled, and motions for new trial denied, with costs.

MICHIGAN SAVINGS BANK v. MILLAR et al. SAME v. HUBBS. SAME v. COY, HUNT & CO. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Actions by the Michigan Savings Bank against George W. Millar and others, against Charles F. Hubbs, and against Coy, Hunt & Co. No opinion. Motion denied, with $10 costs.

MIDDLETON, Appellant, v. FARRELL, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by William T. Middleton against Daniel Farrell. J. P. Osborne, for appellant. A. E. Pressinger, for respondent. No opinion. Judgment affirmed, with costs.

MILLER, Respondent, v. BLACK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Mary Miller against David Black, impleaded, with others. No opinion. Judgment unanimously affirmed, with costs.

MILLER, Respondent, v. FORREST, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Theresa Miller, by guardian, against William Forrest.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., dissents upon the ground that it was error to refuse to charge, as requested by defendant's counsel, that, in addition to the other elements referred to in the charge, plaintiff "must show that the dog was improperly confined; that he was let loose negligently."

MILLER, Respondent, v. VINING, Appellant. (Supreme Court, Appellate Division, Second Department. (January 12, 1906.) Action by Charles E. Miller against Clarence Vining. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

MILLIKAN, Appellant, v. BANK OF ELBERTON, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by M. Franklin Millikan against the Bank of Elberton. P. B. Adams, for appellant. P. S. Dudley, for respondent. No opinion. Judgment and order affirmed with costs.

MISHKIND FEINBERG REALTY CO. v. SIDORSKY. (Supreme Court, Appellate Di-